**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: _____
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: _____
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: _____
*(Print first and last name of the person being sued.)*

In the *(check one)*:
- ☐ District Court
- ☐ County Court / County Court at Law
- ☐ Justice Court

*Court Number*

_____ Texas
*County*

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: _____     My date of birth is: ___ /___ /___
*First           Middle           Last*                                                                   *Month/Day/Year*

My address is: *(Home)* _____

*(Mailing)* _____

My phone number: _____ My email: _____

About my **dependents:** "The people who depend on me financially are listed below.

| | Name | Age | Relationship to Me |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

**or-**

☐ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. **- or -**

☐ I receive these **public benefits/government entitlements** that are based on indigency:
*(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*

☐ Food stamps/SNAP     ☐ TANF  ☐ Medicaid   ☐ CHIP   ☐ SSI  ☐ WIC   ☐ AABD

☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance   ☐ Emergency Assistance

☐ Telephone Lifeline          ☐ Community Care via DADS          ☐ LIS in Medicare ("Extra Help")

☐ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant

☐ County Assistance, County Health Care, or General Assistance (GA)

☐ Other: _____

**4. What is your monthly income and income sources?**

"I get this monthly income:

$_____ in monthly wages. I work as a _____ for _____.
*Your job title*                                    *Your employer*

$_____ in monthly unemployment.  I have been unemployed since *(date)* _____.

$_____ in public benefits per month.

$_____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$_____ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☐ Disability  ☐ Worker's Comp
☐ Social Security  ☐ Military Housing  ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$_____ from other jobs/sources of income. *(Describe)* _____

$_____ is my *total* **monthly** income.

**5. What is the value of your property?**

"My **property** includes:                    **Value***

| | |
|---|---|
| Cash | $_____ |
| Bank accounts, other financial assets | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| Vehicles (cars, boats) *(make and year)* | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| ***Total* value of property** → | $_____ |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**6. What are your monthly expenses?**

"My **monthly expenses** are:                    **Amount**

| | |
|---|---|
| Rent/house payments/maintenance | $_____ |
| Food and household supplies | $_____ |
| Utilities and telephone | $_____ |
| Clothing and laundry | $_____ |
| Medical and dental expenses | $_____ |
| Insurance (life, health, auto, etc.) | $_____ |
| School and child care | $_____ |
| Transportation, auto repair, gas | $_____ |
| Child / spousal support | $_____ |
| Wages withheld by court order | $_____ |
| Debt payments paid to: *(List)* | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| ***Total* Monthly Expenses** → | $_____ |

**7. Are there debts or other facts explaining your financial situation?**

"My **debts** include: *(List debt and amount owed)* _____

_____

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* ***Check here if you attach another page.*** ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☐ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is _____. My date of birth is : ____ / ____ / _____.

My address is _____
*Street*                    *City*          *State*          *Zip Code*          *Country*

▶ _____ signed on ____ / ____ / ____ in _____ County, _____
*Signature*                                    *Month/Day/Year*          *county name*                    *State*

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*